| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2007 | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Melancon, Tucker L | 2. Court or Organization<br><br>USDC for **W** District of LA | 3. Date of Report<br><br>08/18/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>Article III Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>800 Lafayette Street<br>Suite 4700<br>Lafayette, LA 70501 | 8. On the basis of the information contained in this Report and any<br>   modifications pertaining thereto, it is, in my opinion, in compliance<br>   with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Trustee | Trust #1 ████ Trust |
| 2.   Board Member | National Coalition for Cancer Survivorship |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE OFFICE   FINANCIAL   2008 SEP -2 A 11: 04   RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Melancon, Tucker L | 08/18/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | New York Life Insurance Co, Annuity | $ 26,320.20 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Self-employed/Sculptor |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Coalition for Cancer Survivorship | 2/7/2007 | Washington DC | Board of DirectorsMeeting | Airfare, lodging, amtrak fare, meals, and taxi fares |
| 2. | National Coalition for Cancer Survivorship | 5/2/07 | Washington DC | Board of DirectorsMeeting | Airfare, meals, taxi fares, and parking |
| 3. | National Coalition for Cancer Survivorship | 7/29/07 | Washington DC | Board of DirectorsMeeting | Airfare, amtrak fare, taxi fares, meals, and lodging |
| 4. | National Coalition for Cancer Survivorship | 10/16/07 | Washington DC | Board of DirectorsMeeting | Airfare, amtrak fare, meals, and parking |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Melancon, Tucker L | 08/18/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | J P Morgan Chase Bank | Line of Credit | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Common Stock Southeast Central LA Premium Finance Co | | None | J | W | | | | | |
| 2. Common Stock Life Insurance Co of Alabama | A | Dividend | J | T | | | | | |
| 3. American International Group | A | Dividend | | | Sell | 07/12 | K | D | |
| 4. Life ENH Systems Inc | | None | J | W | | | | | |
| 5. Working Interest - Golden  #258, DeSoto Parish, LA | | None | J | W | | | | | |
| 6. Working Interest - Grayson #1 | | None | J | W | | | | | |
| 7. Working Interest - Aubrey #2, Columbia County, AR | | None | J | W | | | | | |
| 8. Working Interest - Aubrey #3 | | None | J | W | | | | | |
| 9. Working Interest - Aubrey #4 | | None | J | W | | | | | |
| 10. Working Interest - Aubrey #5 | | None | J | W | | | | | |
| 11. Working Interest - Aubrey #6 | | None | J | W | | | | | |
| 12. Working Interest - Kendrick #1 | A | Distribution | J | W | | | | | |
| 13. Working Interest - JR Rushing #1 | | None | J | W | | | | | |
| 14. Working Interest - Brashing #1 | | None | J | W | | | | | |
| 15. Working Interest - Ark-LA-Tex | B | Distribution | J | W | | | | | |
| 16. Working Interest - Pollock #1 | | None | J | W | | | | | |
| 17. Royalty Int - Strat Land, DeSoto Parish, LA | A | Royalty | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Melancon, Tucker L | 08/18/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Royalty Int - Silver Pines, DeSoto Parish, LA | A | Royalty | J | W | | | | | |
| 19. Royalty Int - Jeems Bayou, DeSoto Parish, LA | A | Royalty | J | W | | | | | |
| 20. Royalty Int - Grisby Petroleum, DeSoto Parish, LA | A | Royalty | J | W | | | | | |
| 21. Royalty Int - Berry Petroleum, DeSoto Parish, LA | A | Royalty | J | W | | | | | |
| 22. Royalty Int - Silver Oak, DeSoto Parish, LA | A | Royalty | J | W | | | | | |
| 23. AG Edwards IRA Acct (TLM): | | | | | | | | | |
| 24. -Centennial Money Mkt (IRA) | D | Distribution | J | T | | | | | |
| 25. -International Business Machines Inc Common Stock (IRA) | | None | K | T | | | | | |
| 26. -Cisco Systems Inc (IRA) | | None | J | T | | | | | |
| 27. -Lucent Technologies | | | | | Redemption | Apr06 | J | | See Note 1 in Part VIII |
| 28. State Street Bank IRA Acct (TLM): | | | | | | | | | |
| 29. -Janus Money Mkt Fund (IRA) | | None | L | T | | | | | |
| 30. ML Cash Mgt Account | | None | | | Transfer | Apr06 | J | | See Note 2 in Part VIII |
| 31. Chase Acct ████ : | | | | | | | | | |
| 32. -WGL Holdings Inc | A | Dividend | J | T | | | | | |
| 33. -Elan Corp | | None | | | Sell | 5/23 | J | A | |
| 34. -JP Morgan Liquid Asset MMKT | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Melancon, Tucker L | 08/18/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Chase Retirement Acct ⬛: | | | | | | | | | |
| 36. -Chase SEP/IRA Money Market (SEP) | A | Int./Div. | K | T | | | | | |
| 37. Whole Life - Trust #1 | | None | K | T | | | | | |
| 38. Chase Account ⬛TLM): | | | | | | | | | |
| 39. -Chase Premier Savings | A | Interest | J | T | Buy | 5/24 | J | | |
| 40. -Chase CD | A | Interest | K | T | Buy | 5/24 | K | | |
| 41. -Chase CD | A | Interest | J | T | Buy | 5/24 | J | | |
| 42. Janus Investments ⬛: | | | | | | | | | |
| 43. -Janus Research Fund | | None | J | T | | | | | |
| 44. -Janus Enterprise Fund | | None | J | T | | | | | |
| 45. -Janus Global Life Science | | None | J | T | | | | | |
| 46. -Janus Global Technology Fund | | None | J | T | | | | | |
| 47. Janus Retirement Fund ⬛: | | | | | | | | | |
| 48. -Janus Enterprise Fund (IRA) | | None | J | T | | | | | |
| 49. -Janus Contrarian Fund (IRA) | A | Dividend | J | T | | | | | |
| 50. -Janus Global Life Sciences Fund (IRA) | | None | J | T | | | | | |
| 51. -Janus Global Technology Fund (IRA) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Additional Information:

Part VII Line 29

1. Lucent Technologies stock was converted to AT&T and sold on 4/12/2006; see sale of AT&T stock on 2006 report. Lucent Technologies stock was inadvertently left on the schedule at the end of 2006.

Part VII Line 32

2. In April 2006 the assets held in the Merril Lynch brokerage account were sold/transferred to Chase Accounts. See the 2006 report. The assets in the ML Cash Management Account were transferred to the JP Morgan Liquid Asset MMKT account held at Chase Bank. The ML Cash Management Account listing was inadvertently left on the schedule at the end of 2006.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature__________

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544
